

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2019

No. 04-19-00072-CV

**IN THE INTEREST OF H. R. M, A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM504989
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

On March 27, 2019, after the notice of appeal filing fees remained unpaid, we ordered Appellant to show cause in writing by April 8, 2019, that the filing fees have been paid. We also ordered Appellant to file a docketing statement. Appellant paid the filing fees. The portion of our March 27, 2019 order regarding payment of filing fees is satisfied.

The docketing statement has not yet been filed; it remains due.

We reinstate the appellate timetable. The appellate record is due within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court